IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ALICE M. JOHNSON                                                    PLAINTIFF

v.                          No. 3:17-cv-143-DPM

BLYTHEVILLE SCHOOL DISTRICT,
By its Board of Directors; TOMMY
BENNETT, JR., LORI HIXSON, BILLY
FAIR, GENE HENTON, CARLONY
LEWIS, TRACEY RITCHEY, BARBARA
WELLS, TOBEY JOHNSON, all Individually
and in their Official Capacities; SANDY
HUGHEY, Assistant Superintendent;
LETROY GATHEN, Executive Director
of Support Services; RICHARD ATWILL,
Superintendent, Individually and in his
Official Capacity; and STATE OF ARKANSAS        DEFENDANTS

ORDER

Johnson's motion to reconsider, № 5, is denied for the reasons stated in the Court's prior Order, № 3. She hasn't presented any new facts or law that support allowing her case to go forward.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

9 August 2017